UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: ADRIAN ILENE JONROWE                    CASE NO. 00-13000-FM

DEBTOR(S)                                      CHAPTER 13

## AMENDED NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT

COMES NOW, Deborah Langehennig, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor(s) filed for relief under Chapter 13 on Thu Oct 19, 2000. The Court confirmed the Debtor's(s') plan on July 23, 2001 . The Debtor(s) completed payments under the plan on December 29, 2005 .

2. UNITED STUDENT AID FUND , (the "Creditor") filed a proof of claim in the above-referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $ 472.38 , payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all known names and addresses of the persons and the amounts to which they are entitled to be paid from the estate.

| Name and Address of Creditor | Amount of Disbursement Check |
|---|---|
| UNITED STUDENT AID FUND<br>PO BOX 6180<br>INDIANAPOLIS IN 46206-6180 | $ 472.38 |

Deborah Langehennig, Chapter 13 Trustee
3801 Capital of Texas Hwy. S., Suite 320
Austin, Texas 78704
(512) 912-0305

```
                    UNITED STATES BANKRUPTCY COURT
                 WESTERN DISTRICT OF TEXAS / AUSTIN DIVISION

IN RE:                                      CASE NO. 00-13000 FM
ADRIAN ILENE JONROWE                        CHAPTER 13


                         CERTIFICATE OF SERVICE
                         ----------------------

      I, DEBORAH LANGEHENNIG, CERTIFY THAT A TRUE AND CORRECT COPY OF
THE AMENDED NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT
HAS BEEN MAILED BY US MAIL TO THE DEBTOR(S), DEBTOR(S)' ATTORNEY OF RECORD,
AND ALL CREDITORS AT THE ADDRESSES LISTED BELOW ON January 10, 2006    .

------------------------------------------------------------------------------
ADRIAN ILENE JONROWE                   PRO SE - DEBTOR
                                       ACTING AS OWN ATTORNEY
11900 HAMRICH COURT

AUSTIN TX 78759
------------------------------------------------------------------------------
U.S. TRUSTEE
903 SAN JACINTO
SUITE 230
AUSTIN TX  78701
------------------------------------------------------------------------------




------------------------------------------------------------------------------



                    /s/ Deborah Langehennig
          SIGNED:_____
                  DEBORAH LANGEHENNIG, CHAPTER 13 TRUSTEE

                  ON: January 10, 2006

                                                       !&COSN99&!
```